IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| TERRY JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Law No. 19-4125-CSB |
| | ) | |
| GARY KULHAN, GEORGE DAVIDSON, CAMERON CAMPBELL, SHON ORILL, AMY CLARK, WANDA PENNOCK, JAMES CLAYTON, HARMONY GOORLEY AND SHAN JUMPER, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES

NOW COME Defendants SHAN JUMPER and HARMONY GOORLEY, by EMILY J. PERKINS of HEYL, ROYSTER, VOELKER & ALLEN, P.C., their attorneys, pursuant to Local Rule 16.3 and for their Answer and Affirmative Defenses state as follows:

1. Pursuant to Local Rule 16.3(e)(2), Defendants respond to this Court's Merit Review Order dated September 16, 2019. [d/e 9].

2. Pursuant to the Merit Review Order, this Court determined that Plaintiff's Complaint purports to state a First Amendment claim for retaliation against Defendants Goorley and Jumper. [d/e 9].

3. Defendants deny that they have violated Plaintiff's First Amendment rights in any way.

4. Defendants deny that the speech at issue was protected by the First Amendment.

5. Defendants deny that they retaliated against Plaintiff in any way for any reason.

6. Defendants deny that Plaintiff suffered any injury or harm as a result of the alleged acts or omissions of the Defendants.

WHEREFORE, Defendants pray that the Court will enter judgment in their favor and against Plaintiff plus costs of suit and attorney's fees and expenses to the extent allowable under the law.

## AFFIRMATIVE DEFENSES

NOW COME Defendants SHAN JUMPER and HARMONY GOORLEY, by EMILY J. PERKINS of HEYL, ROYSTER, VOELKER & ALLEN, P.C., their attorneys, and for their Affirmative Defenses state as follows:

1. Plaintiff's claims against Defendants may not be based upon a theory of *respondeat superior* or vicarious liability under § 1983.

2. Defendants are entitled to qualified immunity as they were acting at the direction and under the supervision of DHS personnel. *Meadows v. Rockford Housing Authority*, 861 F.3d 672 (7th Cir. 2017).

3. Plaintiff's claims against Defendants fail to the extent that the claims are barred by the pertinent statute of limitations.

4. The Behavior Committee's finding of guilt on behalf of the Plaintiff would have been made irrespective of any grievances filed by the Plaintiff.

WHEREFORE, Defendants pray that the Court will enter judgment in their favor and against Plaintiff as to their Affirmative Defenses plus costs of suit and attorney's fees and expenses to the extent allowable under the law.

## DEFENDANTS DEMAND TRIAL BY JURY AS TO ALL ISSUES AND DEFENSES SET FORTH HEREIN

Respectfully Submitted,

SHAN JUMPER and HARMONY GOORLEY, Defendants

s/ Emily J. Perkins
Emily J. Perkins, IL ARDC #: 6317773
Theresa M. Powell, IL ARDC #: 6230402
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
3731 Wabash Avenue
P.O. Box 9678
Springfield, IL 62791-9678
Phone:	217.522.8822
Fax:	217.523.3902
Email:	eperkins@heylroyster.com
	tpowell@heylroyster.com

## **PROOF OF SERVICE**

     I hereby certify that on October 3, 2019, I electronically filed the foregoing instrument, ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     None

and I hereby certify that I have mailed on October 3, 2019, by United States Postal Service the foregoing instrument, ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES, to the following non-CM/ECF participants:

     Terry C. Johnson
     IDHS – TDF Rushville
     17019 County Farm Road
     Rushville, IL 62681

                                                   s/ Emily J. Perkins
                                                         Emily J. Perkins

(13256-112)
36999078_1